AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lenihan, Lisa P. | Western District of PA | 07/23/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

700 Grant St.
Pittsburgh. PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Univ. of Pittsburgh Medical Center "UPMC" |
| 2. | Adjunct Prof. | University of Pittsburgh School of Law |
| 3. | Limited Partner | For North Shore Associates |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 07/23/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Salary for teaching at University of Pittsburgh | $1,750.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American conference Institute | 10/28/12 to 10/29/12 | New York, New York | Speaker at educational seminar | Travel and lodging |
| 2. | Allegheny County Bar Association | 6/14/12 to 6/16/12 | Champion, P.A. | Bench/Bar conference | Meals and lodging |
| 3. | New York intellectual property Law Association | 3/23/12 to 3/24/12 | New York, New York | Seminar and dinner for bench and bar | Travel, meals and lodging |
| 4. | John Myers-friend | 12/27/12 to 1/6/13 | British Virgin Islands | Vacation | Travel, meals and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 07/23/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | John Myers | Jewelry | $750.00 |
| 2. | John Myers | Give card to store | $500.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Limited Partner, 4 Northshore Associates | G | Rent | O | S | | | | | |
| 2.  IRA - Commonwealth | | | | | | | | | |
| 3.  Allianz Funds: NFJ Small Cap Fund ClA | A | Dividend | J | T | | | | | |
| 4.  Allianz Funds: NFJ Small Cap Fund ClA | | None | | | Sold (part) | 12/17/12 | J | A | |
| 5.  Allianz RCM Global Water Fund Cl A | A | Dividend | K | T | Buy | 12/20/12 | K | | |
| 6.  American Washington Mutual Investors Fund Cl F1 | A | Dividend | K | T | Buy | 12/26/12 | K | | |
| 7.  American Funds: American Mutual Fund Cl F1 | A | Dividend | | | Sold | 12/17/12 | K | D | |
| 8.  Copeland Risk Mgd Div Growth CL A | | None | | | Sold | 02/13/12 | K | A | |
| 9.  Fidelity Advisor Consumer Staples Cl I | A | Dividend | K | T | | | | | |
| 10. Franklin Gold & Precious Metalas Fund Cl A | A | Dividend | K | T | Buy | 9/18/12 | K | | |
| 11. PIMCO EQS Pathfinder Fund Cl D | | None | | | Buy | 3/27/12 | K | | |
| 12. PIMCO EQS Pathfinder Fund Cl D | | None | | | Sold | 4/11/12 | K | A | |
| 13. PIMCO EQS Pathfinder Fund Cl A | | None | | | Buy | 11/21/12 | K | | |
| 14. PIMCO EQS Pathfinder Fund Cl A | | None | | | Sold | 12/18/12 | K | A | |
| 15. PIMCO Stockplus Short Strategy CL D | | None | | | Sold | 3/27/12 | K | A | |
| 16. PIMCO Stockplus Short Strategy CL A | A | Dividend | K | T | | | | | |
| 17. PIMCO Stockplus Short Strategy CL A | | None | | | Sold (part) | 9/17/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO Stockplus Short Strategy CL A | | None | | | Buy (add'l) | 10/23/12 | K | | |
| 19. PIMCO Stockplus Short Strategy CL A | | None | | | Sold (part) | 11/21/12 | K | A | |
| 20. PIMCO Stockplus Short Strategy CL A | | None | | | Buy (add'l) | 12/18/12 | K | | |
| 21. TRowePrice Funds: Emerging Markets | A | Dividend | K | T | | | | | |
| 22. TRowe Price Funds: Real Estate Fund | A | Dividend | K | T | | | | | |
| 23. Stratton Funds: Small Cap Value Fund | A | Dividend | | | Sold | 12/13/12 | J | B | |
| 24. Franklin US Govt Cl A | A | Interest | | | Sold | 7/2/12 | L | A | |
| 25. Franklin US Govt Cl A | B | Interest | K | T | Buy | 7/12/12 | L | | |
| 26. Franklin US Govt Cl A | | None | | | Sold (part) | 9/11/12 | L | B | |
| 27. PIMCO Commodity Real Return Fund Cl A | A | Dividend | | | Buy | 9/17/12 | K | | |
| 28. PIMCO Commodity Real Return Fund Cl A | | None | | | Sold | 10/23/12 | K | A | |
| 29. PIMCO Total Return Cl D | A | Dividend | | | Buy | 4/11/12 | K | | |
| 30. PIMCO Total Return Cl D | | None | | | Sold | 7/2/12 | K | A | |
| 31. PIMCO Total Return Cl D | A | Dividend | K | T | Buy | 7/23/12 | K | | |
| 32. Templeton Global Bond Fund Cl A | C | Dividend | L | T | Buy | 9/11/12 | L | | |
| 33. PIMCO Emerg Local Bond Fund Cl D | A | Dividend | | | Buy | 7/2/12 | K | | |
| 34. PIMCO Emerg Local Bond Fund Cl D | | None | | | Sold | 7/26/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin Convert Sec Cl A | A | Dividend | | | Buy | 7/6/12 | L | | |
| 36. Franklin Convert Sec Cl A | | None | | | Sold | 7/12/12 | L | A | |
| 37. M&I Bank -Money Market Account | A | Interest | J | T | | | | | |
| 38. American Money Market Class F1 | A | Interest | J | T | Buy | 12/17/12 | K | | |
| 39. American Money Market Class F1 | A | Interest | | | Sold (part) | 12/26/12 | J | A | |
| 40. ISHARES Barclays 20+ Year Treas Bond FD | A | Interest | | | Sold | 4/9/12 | K | A | |
| 41. US Energy Sector ISHARES | A | Dividend | K | T | | | | | |
| 42. Ishares S&P Index Fund | A | Dividend | | | Buy | 5/15/12 | K | | |
| 43. Ishares S&P Index Fund | | None | | | Sold | 7/26/12 | K | A | |
| 44. Proshares TR VIX Short Term ETF | | None | | | Buy | 2/15/12 | J | | |
| 45. Proshares TR VIX Short Term ETF | | None | | | Buy (add'l) | 4/9/12 | K | | |
| 46. Proshares TR VIX Short Term ETF | | None | | | Sold | 7/5/12 | K | A | |
| 47. Proshares TR VIX Short Term ETF | | None | | | Buy | 7/26/12 | J | | |
| 48. Proshares TR VIX Short Term ETF | | None | | | Sold (part) | 8/1/12 | J | A | |
| 49. Proshares TR VIX Short Term ETF | | None | | | Sold | 11/23/12 | J | A | |
| 50. Vanguard Total Stk Mkt ETF | A | Dividend | | | Buy | 4/20/12 | K | | |
| 51. Vanguard Total Stk Mkt ETF | | None | | | Sold | 4/25/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Vanguard Total Stk Mkt ETF | A | Dividend | K | T | Buy | 11/23/12 | K | | |
| 53. | Allianz Glbl Invest Money Market Fund | A | Interest | | | Buy | 12/17/12 | J | | |
| 54. | Allianz Glbl Invest Money Market Fund | A | Interest | | | Sold | 12/20/12 | J | A | |
| 55. | Brokerage Account - National Financial | | | | | | | | | |
| 56. | Fidelity Funds: Prime Money Mkt Reserves Fund | A | Interest | J | T | | | | | |
| 57. | Johnson & Johnson Common Stock | A | Dividend | J | T | | | | | |
| 58. | Gulf Keystone Petro Common Stock | | None | K | T | Sold (part) | 3/14/12 | K | E | |
| 59. | IShares S&P Stock Index ETF | A | Dividend | J | T | Buy | 3/19/12 | J | | |
| 60. | Altria Group Common Stock | A | Dividend | J | T | | | | | |
| 61. | Columbia Div Opp Fund CL C | A | Dividend | J | T | | | | | |
| 62. | Fidelity New Adv Insights Fund CL A | | None | J | T | | | | | |
| 63. | Ivy Mid Cap Growth Fund Cl C | A | Dividend | J | T | Buy | 3/19/12 | J | | |
| 64. | Ivy Mid Cap Growth Fund Cl C | | None | | | Sold (part) | 11/27/12 | J | A | |
| 65. | Thornburg Funds: Intl Value Fund | A | Dividend | | | Sold | 11/27/12 | K | A | |
| 66. | Thornburg Invest Income Builder Fund CL C | A | Dividend | J | T | | | | | |
| 67. | Federated Funds: Kaufman Small Cap Fund | A | Dividend | | | Sold | 3/15/12 | J | C | |
| 68. | SouthernSun Funds: Small Cap | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Delaware Diversified Income Fund Cl C | A | Dividend | J | T | Buy | 3/19/12 | J | | |
| 70. Brokerage Account - Ameriprise | | | | | | | | | |
| 71. Morgan Stanley Funds: Tax Free Money Market Fund | A | Interest | | | Sold | 9/30/12 | J | A | |
| 72. Ameriprise Insured Money Market | A | Interest | J | T | Buy | 10/1/12 | J | | |
| 73. Cons Staples Sel Sect SPDR FD (XLP) | A | Dividend | J | T | | | | | |
| 74. Eaton Vance Limited Duration Fund | A | Dividend | J | T | Buy | 4/27/12 | J | | |
| 75. Eaton Vance Funds: Active Tax MGD Div EQ Fund | A | Dividend | | | Sold | 2/8/12 | J | A | |
| 76. Eaton Vance Funds: Active Tax MGD GLBL Fund | A | Dividend | J | T | Buy (add'l) | 2/13/12 | J | | |
| 77. Eaton Vance Funds: Active Tax MGD GLBL Fund | | None | | | Buy (add'l) | 4/27/12 | J | | |
| 78. Eaton Vance Funds: Active Tax MGD GLBL Fund | | None | | | Sold (part) | 7/23/12 | J | A | |
| 79. Energy Sel Sect SPDR FD (XLE) | A | Dividend | J | T | | | | | |
| 80. First Trust NASD TEC Index FD (QTEC) | A | Dividend | | | Buy (add'l) | 4/27/12 | J | | |
| 81. First Trust NASD TEC Index FD (QTEC) | | None | | | Sold | 7/23/12 | J | A | |
| 82. Kayne Anderson MLP | A | Dividend | J | T | Buy | 4/24/12 | J | | |
| 83. John Hancock Funds: PFD EQ INCM Fund | A | Dividend | | | Sold | 2/27/12 | J | A | |
| 84. Nuveen Pennsylvania Municipal Bond | A | Interest | | | Buy (add'l) | 4/27/12 | J | | |
| 85. Nuveen Pennsylvania Municipal Bond | | None | | | Sold | 7/23/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Templeton Global Income Fund | A | Dividend | J | T | Buy (add'l) | 4/27/12 | J | | |
| 87. Templeton Global Income Fund | | None | | | Sold (part) | 7/23/12 | J | A | |
| 88. Utilities Seleect SPDR Fund | A | Dividend | J | T | | | | | |
| 89. Vanguard Div Appreciation Fund | A | Dividend | J | T | Buy (add'l) | 2/13/12 | J | | |
| 90. Vanguard Div Appreciation Fund | | None | | | Buy (add'l) | 4/27/12 | J | | |
| 91. Vanguard Int Term Bond Fund | A | Dividend | J | T | Buy | 2/8/12 | J | | |
| 92. General Electric Cap Corp Note 4.75% Due 09/15/14 | A | Interest | J | T | | | | | |
| 93. First Eagle Funds: Global Fund Cl A | A | Dividend | | | Sold (part) | 2/8/12 | J | A | |
| 94. First Eagle Funds: Global Fund Cl A | A | Dividend | K | T | Sold (part) | 7/23/12 | J | A | |
| 95. First Eagle Overseas Fund CL I | A | Dividend | J | T | | | | | |
| 96. Calamos Market Neutral Fund | A | Dividend | | | Buy (add'l) | 2/13/12 | J | | |
| 97. Calamos Market Neutral Fund | A | Dividend | K | T | Buy (add'l) | 4/27/12 | J | | |
| 98. Permanent Portfolio Fund | A | Dividend | K | T | Buy (add'l) | 2/13/12 | J | | |
| 99. PIMCO Real Return Fund P | A | Dividend | | | Buy | 3/23/12 | J | | |
| 100. PIMCO Real Return Fund P | A | Dividend | J | T | Buy (add'l) | 4/27/12 | J | | |
| 101. Thornburg LTD Muni Fund CL I | A | Interest | K | T | Buy (add'l) | 2/13/12 | J | | |
| 102. Virtus Prem Alhpasector Fund | A | Dividend | K | T | Buy (add'l) | 2/13/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Miscellaneous Accounts | | | | | | | | | |
| 104.  PNC Bank Checking Account | A | Interest | J | T | | | | | |
| 105.  PA TAP Accounts | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 07/23/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investment and Trusts

Line 1 (Limited Partner, 4 Northshore Associates) - Assessed value is $825,000

Line 2 - IRA #1 renamed as  IRA - Commonwealth

Brokerage Account #1 - closed in September, 2011

Line 55 - Brokerage Account #2 renamed as Brokerage Account - National Financial

Line 70 - Brokerage Account #3 renamed as Brokerage Account - Ameriprise

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lisa P. Lenihan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544